# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| BEVERLY MCFARLAND § | |
| Plaintiff § | |
| § | |
| V. § | No. 5:09CV84 |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION § | |
| Defendant § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's Unopposed Motion for Reversal and Remand (Dkt. No. 14) is hereby **GRANTED**. It is further

**ORDERED** that Plaintiff's above-entitled and numbered civil action is **REVERSED** and **REMANDED** under the fourth sentence of the Social Security Act, 42 U.S.C. § 405(g), to the Commissioner of the Social Security Administrative for further administrative proceedings before an Administrative Law Judge ("ALJ"). It is further

**ORDERED** that on remand an ALJ will obtain supplemental vocational evidence. The ALJ shall also consider the interaction of the limiting effects of Plaintiff's impairment(s) and the demands

of her past relevant work to determine whether she can do that work. *See* Social Security Ruling 82-62 (1982). It is further

**ORDERED** that all motions not previously ruled on are denied, and the referral order is **VACATED**.

**SIGNED this 31st day of March, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE